(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant
BOSHAY WARE



FILED
2005 NOV 17 P 12: 24
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CR-F-05-0408-OWW |
|---|---|
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEYS |
| BOSHAY WARE, | |
| Defendant. | |

Defendant, BOSHAY WARE, hereby requests leave of court to substitute MARK W. COLEMAN of the law firm of NUTTALL & COLEMAN as his attorney, in place and instead of ERIC GREEN, ESQ.

DATED: November 14, 2005.

_____
BOSHAY WARE

I CONCUR WITH SAID SUBSTITUTION.,

DATED: November 14, 2005.

_____
ERIC GREEN

1  I AGREE TO THE ABOVE SUBSTITUTION.

2  DATED: November 10, 2005.

                                    NUTTALL & COLEMAN

                          By: _____
                                    MARK W. COLEMAN

                                  * * * * * * *

                                   **O R D E R**

   Good cause appearing,

   **IT IS HEREBY ORDERED** that ERIC GREEN, ESQ., is hereby relieved as attorney of record in this matter, and MARK W. COLEMAN of the law firm of NUTTALL & COLEMAN is substituted in as attorney of record for Defendant, BOSHAY WARE.

   DATED:  11-17-05.

                          _____
                                 JUDGE OLIVER W. WANGER

2