(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
BOSHAY WARE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00408 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION & ORDER** |
| BOSHAY WARE, et al. | |
| Defendant. | DATE: May 8, 2006<br>TIME: 1:30 p.m.<br>Honorable OLIVER W. WANGER |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Status Hearing, currently set for May 8, 2006, at 1:30 p.m., before the Honorable Oliver W. Wanger be continued to May 22, 2006, at 1:30 p.m.

This continuance is requested by counsel for Defendant WARE, due to the fact that said counsel is involved in a Trial currently taking place in Sacramento County.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Kimberly Kelly, who has no objection to this continuance.

DATED: May 4, 2006.        NUTTALL & COLEMAN

/S/ MARK W. COLEMAN

By: _____
MARK W. COLEMAN

1  DATED: May 4, 2006.

2
                                    /S/ KIMBERLY KELLY
3                       By:    _____
                               KIMBERLY KELLY
4                              Assistant U.S. Attorney

5

6                          * * * * * *

7
                              **O R D E R**
8  IT IS SO ORDERED.

9  **Dated:   May 7, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                          UNITED STATES DISTRICT JUDGE